**NOT FOR PUBLICATION**
**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**FILED**

AUG 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JENNY LISET MONTOYA PARADA,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General,

Respondent.

No. 25-3023

Agency No.
A206-360-310

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 29, 2026[**]

Before:    McKEOWN, TALLMAN, and MENDOZA, JR., Circuit Judges.

Jenny Liset Montoya Parada, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

abuse of discretion the denial of a motion to reopen. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying the untimely motion to reopen where Montoya Parada failed to establish prima facie eligibility for relief. *See Ramirez-Munoz v. Lynch*, 816 F.3d 1226, 1228 (9th Cir. 2016) (BIA may deny a motion to reopen for failure to establish prima facie eligibility for the relief sought).

We reject as unsupported by the record Montoya Parada's contentions that the agency applied an incorrect standard or otherwise erred in its analysis.

The motion to stay removal is denied as moot.

**PETITION FOR REVIEW DENIED.**